

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00251-CV

———————————————

KENNETH MAGNUSON, Appellant

V.

MATTRESS FIRM, INC., Appellee

On Appeal from County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2022-005575-2

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's "Notice of Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: December 7, 2023